IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLOOM AND SHARON BURNSTEIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SUNEDISON, INC. ET AL., <br><br> Defendants. <br><br> AND RELATED CASES. | No. C 16-02265 WHA <br><br> *Related Cases:* <br><br> Case No. 16-cv-02263-WHA <br> Case No. 16-cv-02264-WHA <br> Case No. 16-cv-02268-WHA <br> Case No. 16-cv-04883-WHA <br><br> **ORDER REQUESTING RESPONSE REGARDING CONSOLIDATION OF *BLOOM* ACTIONS** |

The Court is inclined to consolidate the two *Bloom* actions for transfer forthwith to the United States District Court for the Southern District of New York. **BY NOON ON SEPTEMBER 21, 2016**, counsel for both sides of the *Bloom* actions should submit an agreed-upon form of order.

**IT IS SO ORDERED.**

Dated: September 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE