IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLOOM AND SHARON BURNSTEIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SUNEDISON, INC. ET AL., <br><br> Defendants. <br> ———————————————————/ <br> AND RELATED CASES. <br> ———————————————————/ | No. 16-02265 WHA <br><br> *Related Cases:* <br><br> Case No. 16-cv-02263-WHA <br> Case No. 16-cv-02264-WHA <br> Case No. 16-cv-02268-WHA <br> Case No. 16-cv-04883-WHA <br><br> **ORDER TRANSFERRING** *BLOOM* **ACTIONS** |

Pursuant to the prior order granting defendants' motion to transfer (Dkt. No. 73), and the prior order consolidating *Bloom I* (Case. No. 16-02265 WHA) and *Bloom II* (Case No. 16-cv-04883-WHA) (Dkt. No. 80), *Bloom I* and *Bloom II* are hereby transferred to the United States District Court for the Southern District of New York.

The Clerk shall transfer *Bloom I* (Case. No. 16-02265 WHA) and *Bloom II* (Case No. 16-cv-04883-WHA) forthwith. The related actions — *Cobalt*, *Glenview*, and *Omega* — shall remain stayed pending resolution of the petitions for interlocutory review.

**IT IS SO ORDERED.**

Dated: September 21, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE